IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBORAH LARON STRICKLAND                                                    PLAINTIFF

    v.                    CIVIL NO. 2:17-CV-2054

NANCY A. BERRYHILL,[1] Acting Commissioner
Social Security Administration                                              DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 5th day of July, 2018.


                                  /s/ *Erin L. Wiedemann*
                                  HON. ERIN L. WIEDEMANN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

1